PROB 12B
(7/93)

# United States District Court

## for

## District of New Jersey

## Request for Modifying the Conditions or Term of Supervision
## with Consent of the Offender

*(Probation Form 49, Waiver of Hearing is Attached)*

Name of Offender: Kevin Waldon                                         Cr.: 05-00323-001

Name of Sentencing Judicial Officer: Honorable Stanley R. Chesler (Reassigned from the Honorable Stephen Limbaugh, Eastern District of Missouri, on April 29, 2005)

Date of Original Sentence: 02/13/04

Original Offense: Possession With Intent to Distribute Marijuana

Original Sentence: 12 months plus one day imprisonment, 3 years supervised release with the following special conditions: Drug Testing and/or Treatment, Abstinence from Alcohol

Type of Supervision: Supervised Release                     Date Supervision Commenced: 02/09/05

## PETITIONING THE COURT

[ ]   To extend the term of supervision for       Years, for a total term of       Years.
[X]   To modify the conditions of supervision as follows. The addition of the following special condition(s):

The defendant shall participate in a mental health program for evaluation and/or treatment as directed by the U.S. Probation Office. The defendant shall remain in treatment until satisfactorily discharged and with the approval of the U.S. Probation Office.

## CAUSE

The offender has been struggling with and attempting to address his addiction to alcohol. He has articulated over the past several months that depression and anxiety are issues for him and are not being addressed in his Twelve-Step meetings. He has requested the assistance of the probation office in obtaining mental health treatment in addition to his alcohol treatment in order to regain compliance with his supervision and further address his addiction issues.

Respectfully submitted,

By: Shawn Marie Leakan
U.S. Probation Officer
Date: 07/19/07

PROB 12B - Page 2
Kevin Waldon

THE COURT ORDERS:

[✓] The Modification of Conditions as Noted Above
[ ] The Extension of Supervision as Noted Above
[ ] No Action
[ ] Other

_____
Signature of Judicial Officer

8/31/07
_____
Date